# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.             **Crim. No. 7:12-CR-107-1D**

**RASHAD OMAR WILLIAMS**

On July 12, 2019, the above named was released from prison and commenced a term of supervised release for a period of 72 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: December 21, 2021

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **22** day of **December**, 2021.

James C. Dever III  
U.S. District Judge